FILED
CLERK, U.S. DISTRICT COURT

JUN - 4 2008

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANKHENATEN RA EL,<br><br>        Plaintiff,<br><br>   vs.<br><br>MICHAEL CRAIN, ET AL.,<br><br>        Defendants. | CASE NO. ED CV 05-00174 DDP (RZ)<br><br>ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

      The Court has reviewed the file in this matter, including the March 4, 2008 Report and Recommendation of United States Magistrate Judge. The Court has engaged in a *de novo* review of those portions of the Report to which Plaintiff has objected. The Court (1) accepts the Report and adopts its findings and recommendations, (2) grants in part the two motions to dismiss, as indicated in the Report; and (3) shall enter Judgment, under separate cover, in accordance with the Report and the January 18, 2007 Fourth Interim Report.

DATED: June 3, 2008

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE