FILED
CLERK, U.S. DISTRICT COURT

JUN - 4 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANKHENATEN RA EL,<br><br>   Plaintiff,<br><br>vs.<br><br>MICHAEL CRAIN, ET AL.,<br><br>   Defendants. | CASE NO. ED CV 05-00174 DDP (RZ)<br><br>JUDGMENT |

Pursuant to the Court's Orders (1) Accepting and Adopting the [March 4, 2008] Report and Recommendation of United States Magistrate Judge and (2) Accepting And Adopting In Part Fourth Interim Report And Recommendation Of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed.

DATED: June 3, 2008

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE