UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANKHENATEN RA EL,<br><br>                Plaintiff,<br><br>     vs.<br><br>MICHAEL CRAIN, ET AL.,<br><br>                Defendants. | CASE NO. ED CV 05-00174 DDP (RZ)<br><br>POST-REMAND JUDGMENT |

       Pursuant to –

1. the Court's Order Accepting and Adopting the March 4, 2008 Report and Recommendation of United States Magistrate Judge;

2. the Court's Order Accepting And Adopting In Part Fourth Interim Report And Recommendation Of United States Magistrate Judge; and

3. the Ninth Circuit's October 5, 2010 ruling (and October 29, 2010 Mandate) affirming in part and vacating in part this Court's June 3, 2008 Judgment, and remand of the matter to this Court,

IT IS ORDERED AND ADJUDGED that the action is dismissed (a) without prejudice for lack of subject-matter jurisdiction (due to Plaintiff's lack of standing) as to Claim 21 and

///

///

1  to the second and fourth subclaims within Claim 10; (b) without prejudice as to the
2  excessive force claims (Claims 5, 7 and 8); and (c) with prejudice as to all other portions
3  of the action.

5  DATED: December 20, 2010

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE